SEPTEMBER 20, 2011

No. 11–5794. IN RE PEARSON. Petition for writ of mandamus dismissed under this Court's Rule 46.

No. 11A302 (11–6427). FOSTER v. TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, granted pending disposition of the petition for writ of certiorari. Should the petition for writ of certiorari be denied, this stay shall terminate automatically. In the event the petition for writ of certiorari is granted, the stay shall terminate upon the issuance of the mandate of this Court.

SEPTEMBER 21, 2011

No. 11A317. DAVIS v. HUMPHREY, WARDEN. Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied.

SEPTEMBER 22, 2011

No. 11–6529 (11A321). MASON v. ALABAMA. Sup. Ct. Ala. Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied. Certiorari denied.

SEPTEMBER 26, 2011

No. 10–1558. IN RE RICCI ET AL. Petition for writ of mandamus dismissed under this Court's Rule 46.